## First District.

Rasmussen & Company, appellee, v. Martin Matheson, trading as Matheson Realty Company, appellant. Gen. No. 33,138.

Opinion filed May 29, 1929.

Isaac B. Lipson and Randolph Thornton, for appellant; Randolph Thornton, of counsel. L. A. Sherwin, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

Joseph F. Hasman, appellant, v. John F. Zidlicky and Henry Calek, appellees. Gen. No. 33,175.

Opinion filed May 29, 1929.

Charles J. Michal, for appellant; William Ritchie, of counsel. Charles Vlach, for appellees; Andrew J. O'Donnell, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

Charles W. Spahr, Jr., appellee, v. Louis E. Nelson, appellant. Gen. No. 33,187.

Opinion filed May 29, 1929.

Anderson & Anderson, for appellant. No appearance for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.